JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA J. BLANCETT,<br><br>            Plaintiff,<br><br>      v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>            Defendant. | 1:20-cv-00253-SKO<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME**<br><br>(Doc. 13) |

  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to November 18 for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the fact that Plaintiff's counsel currently has a large backlog in her workload.

  The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: October 15, 2020             JACQUELINE A. FORSLUND
                                   Attorney at Law


                                   */s/Jacqueline A. Forslund*
                                   JACQUELINE A. FORSLUND

                                   Attorney for Plaintiff


Date: October 15, 2020             MCGREGOR W. SCOTT
                                   United States Attorney
                                   DEBORAH STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   */s/Marcelo Illarmo*
                                   MARCELO ILLARMO
                                   Special Assistant United States Attorney
                                   *By email authorization

                                   Attorney for Defendant


ORDER

Pursuant to the parties' above stipulation (Doc. 13), IT IS HEREBY ORDERED that Plaintiff shall have until November 18, 2020, to file her Opening Brief. All other dates in the Scheduling Order (Doc. 4) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **October 16, 2020**                  /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28