JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONNA J. BLANCETT, | ) | Case No.  1:20-CV-00253-SKO |
| | ) | |
| Plaintiff | ) | **STIPULATION AND SECOND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | (Doc. 15) |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 21 Days to December 9 for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  Plaintiff's counsel will be unable to complete the Brief by the current due date due to an urgent family matter.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: November 16, 2020		JACQUELINE A. FORSLUND
				Attorney at Law
				*/s/Jacqueline A. Forslund*
				JACQUELINE A. FORSLUND

				Attorney for Plaintiff

**Blancett v. Saul**		Stipulation and Order		E.D. Cal. 1:20-cv-00253-SKO

Date: November 17, 2020           MCGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  */s/Marcelo Illarmo*
                                  MARCELO ILLARMO
                                  Special Assistant United States Attorney
                                  *By email authorization

                                  Attorney for Defendant

<u>ORDER</u>

Pursuant to the parties' above stipulation (Doc. 15), IT IS HEREBY ORDERED that Plaintiff shall have until December 9, 2020, to file her Opening Brief.  All other dates in the Scheduling Order (Doc. 4) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 18, 2020**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE