JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONNA J. BLANCETT, | ) | Case No. 1:20-cv-00253-SKO |
| | ) | |
| Plaintiff | ) | **STIPULATION AND THIRD** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| ANDREW M. SAUL, | ) | (Doc. 17) |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 7 Days to December 16, 2020, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's third request for an extension.  It is requested due to the fact that Plaintiff's counsel became ill while writing the brief and was unable to file it on time.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

|   |   |
|---|---|
| | Respectfully submitted, |
| Date: December 11, 2020 | JACQUELINE A. FORSLUND |
| | Attorney at Law |
| | |
| | */s/Jacqueline A. Forslund* |
| | JACQUELINE A. FORSLUND |
| | |
| | Attorney for Plaintiff |

Date: December 11, 2020          MCGREGOR W. SCOTT
                                 United States Attorney
                                 DEBORAH STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 */s/Marcelo Illarmo*
                                 MARCELO ILLARMO
                                 Special Assistant United States Attorney
                                 *By email authorization

Attorney for Defendant

**Blancett v. Saul**          Stipulation and Order          E.D. Cal. 1:20-cv-00253-SKO

ORDER

On December 11, 2020, the parties filed the above stipulation (Doc. 17), two days after Plaintiff's opening brief was to be filed (*see* Doc. 16).

The Court may extend time to act after a deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, the stipulation demonstrates both good cause (*see* Fed. R. Civ. P. 16(b)(4)) and excusable neglect to support the request for extension of time. Accordingly, the Court GRANTS the parties' stipulated request. **The parties are cautioned, however, that future post hoc requests for extensions of time will be viewed with disfavor.**

IT IS HEREBY ORDERED that Plaintiff shall have until December 16, 2020, to file her opening brief. All other dates in the Scheduling Order (Doc. 4) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **December 14, 2020**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

**Blancett v. Saul**               Stipulation and Order            E.D. Cal. 1:20-cv-00253-SKO