McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8944
     Facsimile: (415) 744-0134
     E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA J. BLANCETT,<br><br>          Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:20-cv-00253-SKO<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME<br><br>(Doc. 20) |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from January 15, 2021 to February 16, 2021.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time because of a higher than normal workload, including five district court briefs due between January 11 and January 15.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall serve and file a responsive brief on or before February 16, 2021; and

- Plaintiff may serve and file a reply within 15 days of service of defendant's responsive brief (on or before March 3, 2021).

                                                            Respectfully submitted,

Dated: January 7, 2021                              */s/ Jacqueline Anna Forslund\**
                                                      (*as authorized via e-mail on 1/7/2021)
                                                      JACQUELINE ANNA FORSLUND
                                                      Attorney for Plaintiff

Dated: January 7, 2021                              McGREGOR W. SCOTT
                                                      United States Attorney
                                                      DEBORAH LEE STACHEL
                                                      Acting Regional Chief Counsel, Region IX
                                                     Social Security Administration

                                     By:     */s/ Marcelo Illarmo*
                                                     MARCELO ILLARMO
                                                     Special Assistant United States Attorney

                                                     Attorneys for Defendant


## ORDER

Pursuant to the parties' stipulation (Doc. 20), and for good cause shown, IT IS ORDERED that Defendant shall have an extension, up to and including February 16, 2021, to respond to Plaintiff's Opening Brief.  All other dates in the Scheduling Order (Doc. 4) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **January 8, 2021**                                       /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE