McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA J. BLANCETT,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-00253-SKO<br><br>STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME<br><br>(Doc. 22) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from February 16, 2021, 2021 to March 2, 2021. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because this case had been transferred to other counsel for briefing, and additional time is needed to respond to Plaintiff's brief.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. Order for Ext.; Case 1:20-cv-00253-SKO      1

- Defendant shall serve and file a responsive brief on or before March 2, 2021; and
- Plaintiff may serve and file a reply within 15 days of service of defendant's responsive brief (on or before March 17, 2021).

Respectfully submitted,

Dated: February 12, 2021             /s/ Jaqueline Anna Forslund*
                                     (*as authorized via e-mail on 2/11/21)
                                     JACQUELINE ANNA FORSLUND
                                     Attorney for Plaintiff


Dated: February 12, 2021             McGREGOR W. SCOTT
                                     United States Attorney
                                     DEBORAH LEE STACHEL
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                            By:      /s/ Marcelo Illarmo
                                     MARCELO ILLARMO
                                     Special Assistant United States Attorney

                                     Attorneys for Defendant


ORDER

Pursuant to the Parties' stipulation (Doc. 22), and for good cause shown, IT IS ORDERED that Defendant shall have an extension, up to and including March 2, 2021, to respond to Plaintiff's Opening Brief.[1]  All other dates in the Scheduling Order (Doc. 4) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **February 16, 2021**              /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that this is Defendant's second request for an extension of time (see Doc. 20) and the parties' stipulation erroneously states that this is Defendant's first request for an extension of time.